BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
ADAM ELLIS, ESQ.
Nevada Bar No. 14514
**MAINOR ELLIS, LLP**
8367 W. Flamingo Road, Suite 200
Las Vegas, Nevada 89147
Phone: (702) 450-5000
Fax: (702) 733-1106
adam@me-injury.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIZETH YBARRA, individually;<br><br>Plaintiff,<br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOE EMPLOYEES; DOE MANAGERS; DOES I – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00639-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties, having reached a confidential resolution, hereby agree to dismiss this case with prejudice, and with each party responsible for their own attorney's fees and costs.

DATED July 29, 2024

| **MAINOR ELLIS, LLP** | **HALL & EVANS, LLC** |
|---|---|
| */s/ Adam Ellis*<br>BRADLEY S. MAINOR, ESQ.<br>Nevada Bar No. 7434<br>ADAM ELLIS, ESQ.<br>Nevada Bar No. 14514<br>8367 W. Flamingo Road, Suite 200<br>Las Vegas, Nevada 89147<br>Phone: (702) 450-5000<br>Fax: (702) 733-1106<br>adam@me-injury.com<br>*Attorneys for Plaintiff* | */s/ Kurt Bonds*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>TANYA M. FRASER, ESQ.<br>Nevada Bar No. 13872<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>(702) 998-1022<br>nvefile@hallevans.com<br>*Attorneys for Defendant* |

## **ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, this case is dismissed with prejudice. Each party is responsible for its own attorney's fees and costs.

_____
DISTRICT JUDGE